No. 47135.—Protest 902885–G of Pratt & Farmer Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.